**FESTO CORPORATION,**
**Plaintiff–Appellee,**

v.

**SHOKETSU KINZOKU KOGYO KABUSHIKI CO., LTD., a/k/a SMC Corporation, and SMC Pneumatics, Inc., Defendants-Appellants.**

No. 95–1066.

United States Court of Appeals,
Federal Circuit.

June 9, 1997.*

---

\* This is a reissuance of a nonprecedential order as a precedential order, dated June 9, 1997.

Charles R. Hoffman, Hoffman & Baron, Jericho, NY, for plaintiff–appellee. With him on the brief was Gerald T. Bodner.

Arthur I. Neustadt, Oblon, Spivak, McClelland, Maier & Neustadt, P.C., Arlington, VA, for defendants–appellants.

Before RICH, NEWMAN, and MICHEL, Circuit Judges.

## ORDER

The United States Supreme Court, by disposition issued March 17, 1997, which became final on April 11, 1997, vacated this court's judgment, 72 F.3d 857, and ordered further consideration in light of *Warner–Jenkinson Company, Inc. v. Hilton Davis Chemical Co.*, 520 U.S. ——, 117 S.Ct. 1040, 137 L.Ed.2d 146, 41 USPQ2d 1865 (1997). Appellants' suggestion for hearing in banc having been denied, the case is returned to the panel. This court's mandate is vacated.

The court invites supplemental briefing in light of the Supreme Court's decision in *Warner–Jenkinson*. The supplemental briefs shall be confined to issues raised by that decision, applied to this appeal. The briefs and other materials already filed remain before the court.

Appellants' supplemental brief, of no more than 25 pages, shall be filed within 25 days of the date of this order. Appellee's brief, of no more than 25 pages, shall be filed within 20 days after service of the appellant's brief. Any reply brief, up to 12 pages, shall be filed within 10 days thereafter.